**Dismissed and Opinion Filed October 22, 2021**



In The
# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00667-CV

### IN RE: YANIKA DANIELS, Relator

**Original Proceeding from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-21-08690**

## MEMORANDUM OPINION

Before Justices Osborne, Pedersen, III, and Goldstein
Opinion by Justice Osborne

Yanika Daniels (Realtor) filed a pro se petition[1] seeking a writ of mandamus ordering the judge of the 303rd Judicial District Court, Dallas County, Texas to vacate the June 23, 2021 "temporary orders" in the underlying suit affecting the parent-child relationship or, in the alternative, to issue a "writ of habeas corpus" compelling the return of her child. Relator also filed her second motion for emergency relief on October 11, 2021.

---

[1] We note the rules apply equally to all parties, whether a party is represented by counsel or not. *In re Vasquez*, No. 05-15-00592-CV, 2015 WL 2375504, at *1 (Tex. App.—Dallas May 18, 2015, orig. proceeding). If a pro se litigant is not required to comply with the applicable rules of procedure, she would be given an unfair advantage over a litigant who is represented by counsel. *In re McKinney*, No. 05-14-01513-CV, 2014 WL 7399301, at *1 (Tex. App.—Dallas Dec. 15, 2014, orig. proceeding).

Texas Rule of Appellate Procedure 9.9 prohibits the filing of documents containing sensitive data, including the name of any person who was a minor when the underlying suit was filed. *See* TEX. R. APP. P. 9.9. A document containing sensitive information may not be filed with the court unless the sensitive information is redacted or it is required by a statute, court rule, or administrative regulation. *See id.* 9.9(b). Both Relator's appendix, which is attached to her mandamus petition, and her October 11, 2021 motion for emergency relief include documents showing prohibited sensitive data.[2]

Accordingly, we strike both Relator's October 11, 2021 motion for emergency relief and Relator's August 5, 2021 petition for writ of mandamus. *See id.* 9.9. Also, we direct the Clerk of the Court to remove those documents from this Court's website. *See id.* 9.9(e).

This original proceeding is dismissed without prejudice.

210667f.p05

/Leslie Osborne/ _____
LESLIE OSBORNE
JUSTICE

---

[2] We note that on October 5, 2021, this Court ordered Relator's October 4, 2021 motion for emergency relief stricken for failure to comply with Rule 9.9.